**SCHLEIER LAW OFFICES, P.C.**
4600 East Shea Boulevard, Suite 208
Phoenix, Arizona 85020
Telephone: (602) 277-0157
Facsimile: (602) 654-3790
TOD F. SCHLEIER, ESQ.  #004612
tod@schleierlaw.com
BRADLEY H. SCHLEIER, ESQ.  #011696
brad@schleierlaw.com

Attorneys for Plaintiff Kathleen Hanrahan

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Hanrahan, a married woman, | Case No.: 2:22-cv-00247 DGC |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| AMMO, Inc., a Delaware corporation; Fred Wagenhals and Heather Wagenhals, husband and wife, | (Honorable David G. Campbell) |
| Defendants. | |

Pursuant to the Court's Order, Doc 14, notice is hereby given that the mediation was successful, and the parties have resolved the matter. Once final documents are prepared, a Stipulation for Dismissal shall be filed.

Dated this 29th day of June 2022.

**SCHLEIER LAW OFFICES, P.C.**

　　　　　　　/s/ Tod F. Schleier
Tod F. Schleier
Attorneys for Plaintiff Kathleen Hanrahan

-2-

I hereby certify that on this 29th day of June 2022, I electronically filed the foregoing with the U.S. District Court Clerk using the CM/ECF system, which shall send notification of such filing to the following:

Debora L. Verdier
DVerdier@cavanaghlaw.com
Chrisanne M. Gultz
CGultz@cavanaghlaw.com
**THE CAVANAGH LAW FIRM, P.A.**
1850 North Central Avenue, Suite 2400
Phoenix, Arizona 85004
Attorneys for Defendants AMMO, Inc. and Fred and Heather Wagenhals

/s/ Cindy J. Anderson