# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Hanrahan, a married woman, | Case No.: CV-22-00247-PHX-DGC |
| Plaintiff, | |
| v. | **ORDER** |
| AMMO, Inc., a Delaware corporation; Fred Wagenhals and Heather Wagenhals, husband and wife, | |
| Defendants. | |

The Court has been advised that this case has settled. Doc. 15.

**IT IS ORDERED:**

1. This matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

2. All pending deadlines are vacated.

3. The Clerk is directed to **terminate** this matter on **July 29, 2022** without further leave of Court.

Dated this 29th day of June, 2022.

David G. Campbell
Senior United States District Judge